UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PLANNED PARENTHOOD
SOUTHWEST OHIO REGION
& PLANNED PARENTHOOD
OF GREATER OHIO

    Plaintiffs,

    v.

Case No.: 2:15-cv-03079
CHIEF JUDGE EDMUND A. SARGUS, JR.

RICHARD HODGES

    Defendant.

## ORDER

For the reasons expressed this day in open court, this Court issues a temporary restraining order under Fed. R. Civ. Procedure 65. The Defendant Richard Hodges is ordered to refrain from commencing any legal action seeking to enforce Ohio Administrative Code 3701-47-05, in a manner other than in compliance with Ohio Revised Code Section 3745.27, during the pendency of this lawsuit. The Plaintiff shall post a bond in the amount of $100.00.

This Order is effective until January 11, 2016 (14 days plus an additional 14 days by agreement of the parties). A hearing on the Plaintiffs' Motion for a Preliminary Injunction (ECF No. 2) will be held on January 4, 2016.

    IT IS SO ORDERED.

12-14-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE