UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PLANNED PARENTHOOD
SOUTHWEST OHIO REGION,
et al.,

        Plaintiffs,

v.

RICHARD HODGES,

        Defendant.

Case No.: 2:15-cv-3079
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The Ohio Attorney General and the Ohio Department of Health have filed a Notice [ECF No. 10] indicating that no enforcement action will be taken to enforce O.A.C. 3701-47-05(A), as such regulation is now written. The temporary restraining order [ECF No. 5] issued by this Court on December 14, 2015 enjoined enforcement of the same regulation.

Given the position of the Attorney General and the Ohio Department of Health, the Court finds no reason to continue the temporary restraining order previously issued in this case. It is **ORDERED** that the temporary restraining order [ECF No. 5] issued in this case on December 14, 2015 is **VACATED**.

IT IS SO ORDERED.

12-21-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE