# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PLANNED PARENTHOOD**
**SOUTHWEST OHIO REGION**
**& PLANNED PARENTHOOD**
**OF GREATER OHIO,**

      **Plaintiffs,**

  v.                               Case No. 2:15-cv-3079
                                        JUDGE EDMUND A. SARGUS, JR.

**RICHARD HODGES,**

      **Defendant.**

## ORDER

The Court **ORDERS** the release of the $100 bond posted by Plaintiffs.

    **IT IS SO ORDERED.**

**4/1/2021**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**